**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6920**

EDUARD LORENZ,

              Plaintiff - Appellant,

         v.

PATRICIA H. HARRINGTON, Clerk, Supreme Court of Virginia,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:09-cv-00456-JCC-IDD)

Submitted: September 10, 2009      Decided: September 15, 2009

Before KING and DUNCAN, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Eduard Lorenz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

PER CURIAM:

Eduard Lorenz appeals a district court order denying a petition for a writ of mandamus in which he sought an order from the court directing that the Clerk of the Supreme Court of Virginia allow him to proceed in forma pauperis. We affirm on the reasoning of the district court. Lorenz v. Harrington, No. 1:09-cv-00456-JCD-IDD (E.D. Va. May 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED